255 So.2d 353

**Mrs. Shirley COTTON**

v.

**Gerald P. NEEDHAM.**

No. 51963.

Dec. 13, 1971.

In re: Mrs. Shirley Cotton applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 674.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

255 So.2d 354

**Kenneth S. RHODUS et ux.**

v.

**CITY–PARISH GOVERNMENT OF the CITY OF BATON ROUGE and the Parish of East Baton Rouge, et al.**

No. 51966.

Dec. 13, 1971.

In re: Kenneth Rhodus applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 537.

Not considered. The application was not timely filed. See Article 7, Section 11, Louisiana Constitution.